505 A.2d 254

**COMMONWEALTH of Pennsylvania**

v.

**Irvin GASS, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 19, 1986.

Petition for Allowance of Appeal GRANTED, No. 10 W.D. Appeal Docket 1986.

505 A.2d 254

**Helen F. PASTIERIK, Executrix of the Estate of Paul P. Pastierik, Deceased,**

v.

**DUQUESNE LIGHT COMPANY, a corporation, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 14 W.D. Appeal Docket 1986.